IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| *Plaintiff*, | § |
| v. | § CIVIL ACTION NO. 9:22-CV-150-MJT-CLS |
| RUGER VAQUERO REVOLVER SN:5783260 et al., | § |
| *Defendants*. | § |

**ORDER ADOPTING**
**THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff, the United States of America ("Government") brings this action for civil forfeiture of the Defendant property. The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this Court. On February 2, 2023, the Magistrate Judge entered a Report and Recommendation [Dkt. 14] in which she recommended granting the Government's Motion for Default Judgment [Dkt. 9]. To date, the Court has not received any objections.

The Court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings, and all available evidence. After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge [Dkt. 14] is ADOPTED. The Government's Motion for Default Judgment [Dkt. 9] is GRANTED.

**SIGNED this 24th day of February, 2023.**

_____
Michael J. Truncale
United States District Judge